UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br><br><br>Andrade MENDOZA-Carreto,<br><br><br><br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Magistrate Docket No. 20mj20013<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, USC 1325(a)(1) Improper Attempted Entry by an Alien (Misdemeanor)<br><br>FILED<br>JAN - 3 2020<br>CLERK US DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY　　　　　　　　　　DEPUTY |

The undersigned complainant being, duly sworn, states:

On or about January 02, 2020, within the Southern District of California, defendant, Andrade MENDOZA-Carreto, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States at a time and place other than as designated by immigration officers, and committed an overt act, to wit, crossing the border from Mexico into the United States, that was a substantial step towards committing the offense, all in violation of Title 8, United States Code, Section 1325, a misdemeanor.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Edward R. Bugarin
Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE,
THIS 3rd DAY OF January, 2020.

MICHAEL J. SENG
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
 **Andrade MENDOZA-Carreto**

## PROBABLE CAUSE STATEMENT

On January 2, 2020, Border Patrol Agent M. Momberg and her canine partner were conducting assigned duties in the Boulevard Border Patrol Station's area of responsibility. At approximately 7:30 AM, Agent Momberg responded to an activation of an electronic intrusion device near an area known by Border Patrol agents as the "Gate 2 Rock Pile." Agent Momberg responded to the area and deployed her canine partner, who alerted and led Agent Momberg to two individuals trying to hide between boulders. This area is approximately half a mile north of the United States/Mexico International Boundary and approximately twenty-two miles east of the Tecate, California Port of Entry. Agent Momberg identified herself as a Border Patrol Agent and conducted an immigration inspection. Both individuals, including one later identified as the defendant, Andrade MENDOZA-Carreto, stated that they were citizens of Mexico without immigration documents that would allow them to enter or remain the United States legally. At approximately 8:30 AM, Agent Momberg placed both individuals, including MENDOZA, under arrest.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant stated that he is a citizen of Mexico illegally present in the United States. The defendant stated that he illegally entered the United States on January 2, 2020.